Order issued January 28, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00405-CR

**LONNIE WAYNE HOGAN, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **DENIES** the Dallas County Public Defenders Office's January 25, 2013 motion

to withdraw on appeal. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992); *Sampson*

*v. State*, 854 S.W.2d 659 (Tex. App.–Dallas 1992, no pet.

DOUGLAS S. LANG
PRESIDING JUSTICE